THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1030 FIFTH AVENUE CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued October 8, 1947; decided November 13, 1947.

*Sol Pottish, Harry L. Ettinger* and *John Moroney* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Morris Handel* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.